# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VALERIE NELSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 17-0571-WS-MU |
| SOCIAL SECURITY OFFICE, | ) ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** without prejudice.

**DONE** this 19th day of March, 2018.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE