IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VALERIE NELSON, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 17-0571-WS-MU |
| SOCIAL SECURITY OFFICE, | ) |
| Defendant. | ) |

## **JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** without prejudice.

**DONE** this 19th day of March, 2018.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE